1  Troy D. Monge, Esq.
   Law Offices of Troy D. Monge, APC
2  2300 E. Katella Ave, Suite 325
3  ANAHEIM, CALIFORNIA 92806
   TELEPHONE (714) 385-8100
4  FACSIMILE (714) 385-8123
5  troymonge@hotmail.com
6
   Attorney Bar #217035
7  Attorneys for Armando Arellano Mejia
8
9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA
11
   ARMANDO ARELLANO MEJIA,        ) No. 2:24-cv-03631-DTB
12                                )
13       Plaintiff,                ) [PROPOSED] ORDER AWARDING
                                   ) EQUAL ACCESS TO JUSTICE
14       v.                        ) ACT ATTORNEY FEES AND
15                                 ) COSTS
   MARTIN O'MALLEY,                )
16 Commissioner of Social Security,)
17                                 )
         Defendant.                )
18                                 )
19 _____)

       Based upon the parties' Stipulation for Award and Payment of Attorney
20
   Fees:
21
       IT IS ORDERED that the Commissioner shall pay attorney fees and
22
23 expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in

24 the amount of THREE THOUSAND SEVEN HUNDRED FORTY-THREE

25 DOLLARS and EIGHTY-EIGHT CENTS ($3,743.88), and costs under 28 U.S.C.

26 / / /

27 / / /

   / / /
28

1

1  § 1920, in the amount of ZERO DOLLARS AND NO CENTS ($0.00), subject to
2  the terms of the above-referenced Stipulation.

Dated: August 28, 2024

_____
THE HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE